IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAR 22 1995
Michael N. Milby, Clerk

IN RE: §
§
FRANCISCO M. CARDENAS AND § CASE NO. 93-43190-H5-11
YOLANDA S. CARDENAS, § (Chapter 11)
§
    Debtors §

## ORDER CONFIRMING PLAN

    Pursuant to the orders of the Court dated October 26, 1994 and February 7, 1995, there came on for consideration the confirmation of the Plan of Reorganization filed by Debtors on July 14, 1994, as modified by modification filed December 13, 1994; and

    The Plan, the modification thereto and the Disclosure Statement approved by the Court having been transmitted to all creditors; and

    It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) have been satisfied;

    IT IS ORDERED

    1.    That the Plan of Reorganization as modified, a copy of which is attached, is confirmed.

    2.    That the above debtors are released from all dischargeable debts.

    3.    That any judgment heretofore or hereafter obtained in any court other than this Court is null and void as a determination of the personal liability of the debtors with respect to any of the following:

    (a)    debts dischargeable under 11 U.S.C. § 523;

    (b)    unless heretofore or hereafter determined by order of this Court to be nondischargeable, debts alleged to be excepted from discharge under clauses (2), (4), and (6) of 11 U.S.C. § 523(a);

    (c)    debts determined by this Court to be discharged.

    4.    That all creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by paragraph 3 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to

collect such debts as personal liabilities of the above-named debtors.

Dated: March 17, 1995

_____
UNITED STATES BANKRUPTCY JUDGE